1   AARON D. FORD
      Attorney General
2   GERRI LYNN HARDCASTLE, Bar No. 13142
      Deputy Attorney General
3   State of Nevada
    Bureau of Litigation
4   Public Safety Division
    100 N. Carson Street
5   Carson City, NV 89701-4717
    Tel: (775) 684-1134
6   E-mail: ghardcastle@ag.nv.gov

7   *Attorneys for Defendants*
    *Isidro Baca, Laurie Hoover, Michelle Hicks-*
8   *Moses, Shannon Moyle, Jorja Powers, Holly*
    *Skulstad, David Tristan, and Brian Ward*

9

10                    **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12   TODD M. HONEYCUTT,                    Case No. 3:17-cv-00230-MMD-CBC

13              Plaintiff,
                                           **DEFENDANTS' MOTION FOR**
14   vs.                                   **ENLARGEMENT OF TIME TO FILE REPLY**
                                           **IN SUPPORT OF MOTION FOR SUMMARY**
15   ISIDRO BACA, et al.,                  **JUDGMENT**
                                           **(First Request)**
16              Defendants.

17          Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada,

18   and Gerri Lynn Hardcastle, Deputy Attorney General, hereby move this honorable Court for an

19   enlargement of time to submit their Reply in Support of their Motion for Summary Judgment.  This

20   motion is based on Fed. R. Civ. P. 6(b)(1), the following memorandum of points and authorities, and all

21   papers and pleadings on file herein.

22                   **MEMORANDUM OF POINTS AND AUTHORITIES**

23   **I.      ARGUMENT**

24          Defendants respectfully request a fourteen (14) day extension of time out from the current

25   deadline (April 29, 2019) to file a reply brief.  Counsel for Defendants is confronted with numerous

26   competing deadlines and a high workload due to staffing changes in the Office of the Attorney General.

27   Furthermore, defense counsel is travelling out of the jurisdiction for the week of April 29, to return next

28   week.

                                           1

1    However, such obstacles are currently being resolved and the requested extension of time

2  should afford Defendants adequate time to file a reply brief in this case.

3    District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v.*

4  *Primary Steel, Inc.,* 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan,* 958 F.2d 272, 273 (9th Cir.

5  1992). Fed. R. Civ. P. 6(b)(1) governs enlargements of time and provides as follows:

6           When an act may or must be done within a specified time, the court may,
            for good cause, extend the time: (A) with or without motion or notice if
7           the court acts, or if a request is made, before the original time or its
            extension expires; or (B) on motion made after the time has expired if the
8           party failed to act because of excusable neglect.

9    "The proper procedure, when additional time for any purpose is needed, is to present to the

10  Court a timely request for an extension before the time fixed has expired (*i.e.,* a request presented

11  before the time then fixed for the purpose in question has expired)." *Canup v. Miss. Valley Barge Line*

12  *Co.,* 31 F.R.D. 282, 283 (D. Pa. 1962). The *Canup* Court explained that "the practicalities of life" (such

13  as an attorney's "conflicting professional engagements" or personal commitments such as vacations,

14  family activities, illnesses, or death) often necessitate an enlargement of time to comply with a court

15  deadline. *Id.* Extensions of time "usually are granted upon a showing of good cause, if timely made."

16  *Creedon v. Taubman,* 8 F.R.D. 268, 269 (D. Ohio 1947). The good cause standard considers a party's

17  diligence in seeking the continuance or extension. *See, e.g., Johnson v. Mammoth Recreations, Inc.,*

18  975 F.2d 604, 609 (9th Cir. 1992).

19    Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case,

20  but will allow for a thorough briefing and full analysis of the issues argued in the dispositive motion.

21  The requested fourteen (14) day extension of time should permit Defendants time to adequately

22  research and respond to Plaintiff's opposition brief. Defendants assert that the requisite good cause is

23  present to warrant the requested extension of time.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    For these reasons, Defendants respectfully request a fourteen (14) day extension of time from

2    the current deadline to file a reply brief in this case, with a new deadline to and including Monday, May

3    13, 2019.

4    DATED this 29th day of April, 2019.

5    AARON D. FORD
     Attorney General

6

7    By: _____
     GERRI LYNN HARDCASTLE

8    Deputy Attorney General
     State of Nevada

9    Bureau of Litigation
     Public Safety Division

10   *Attorneys for Defendants*

11

12   **IT IS SO ORDERED.**

13

14   _____
     U.S. MAGISTRATE JUDGE

15

16   DATED: 4/30/2019

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of April, 2019, I caused to be served a copy of the foregoing, DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (First Request), by U.S. District Court CM/CEF Electronic Filing on:

Todd Honeycutt #63545
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

4