UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TODD M. HONEYCUTT, | Case No. 3:17-cv-00230-MMD-CBC |
| Plaintiff, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Todd M. Honeycutt, currently incarcerated and in the custody of the Nevada Department of Corrections ("NDOC"), alleges a procedural due process claim in this 42 U.S.C. § 1983 action. (ECF Nos. 3, 4.) Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla B. Carry (ECF No. 55), recommending that the Court grant Defendants' motion for summary judgment (ECF No. 42) because the undisputed facts show there was no inaccuracy in the risk assessment score upon which Plaintiff's claim is based. Plaintiff had until September 20, 2019 to file an objection (ECF No. 55), but has failed to so. The Court agrees with Judge Carry and will adopt the R&R in full.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United*

*States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Carry's recommendation to grant summary judgment in favor of Defendants, the Court will conduct a *de novo* review to determine whether to adopt the R&R. Judge Carry found that the undisputed evidence supports Defendants' contention that Plaintiff's risk assessment was accurately completed such that his procedural due process rights could not have been violated. Having reviewed the R&R and the briefs relating to Defendants' motion for summary judgment, the Court agrees.

It is therefore ordered that the Report and Recommendation of Magistrate Judge Carla B. Carry (ECF No. 55) is accepted and adopted in full.

It is further ordered that that Defendants' motion for summary judgment (ECF No. 42) is granted.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 27th day of September 2019.

———————————————
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE